# Court of Appeals
# of the State of Georgia

ATLANTA,  August 26, 2022

*The Court of Appeals hereby passes the following order:*

## A23D0013. SERON SHEPHERD v. LETICIA HAMMOND.

Seron Shepherd filed in the Supreme Court of Georgia a pro se document titled "Emergency Ex Parte Legal Brief" stating that she is requesting full custody of her daughter and has filed a notice of appeal in the Fulton County Superior Court. Shepherd gave no further information about the superior court proceedings. Along with this filing, Shepherd submitted a June 2022 bill of costs issued by the superior court clerk in connection with her appeal, as well as two temporary custody orders entered by the Cobb County Juvenile Court in 2015 and 2016. The Supreme Court docketed Shepherd's filing as a discretionary application and transferred it here, upon finding no basis for jurisdiction there. We, however, have nothing to review.

To the extent that Shepherd wishes to challenge the bill of costs, she must do so in the trial court, whose decision is not reviewable here. See OCGA §§ 5-6-47 and 9-15-2. See *also Cottrell v. Askew*, 276 Ga. App. 717, 719 n. 1 (624 SE2d 203) (2005) ("the trial court's ruling on all issues of fact concerning the ability of a party to pay costs is final . . . and not subject to review") (citation and punctuation omitted). To the extent that she seeks to appeal the juvenile court orders, her application is untimely. See OCGA § 5-6-35 (d) (discretionary application must be filed within 30 days after entry of order to be appealed). And to the extent that she wants an emergency custody hearing, this Court is for the correction of errors made in the trial court, not for the resolution of disputes in the first instance. See *Godwin v. Mizpah Farms, LLLP*, 330 Ga. App. 31, 34 (1) (766 SE2d 497) (2014).

Because Shepherd's filing does not invoke this Court's jurisdiction, it is hereby DISMISSED.



*Court of Appeals of the State of Georgia*

*Clerk's Office, Atlanta,*  08/26/2022

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , *Clerk.*